1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIN BAKER, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>PROPAK LOGISTICS, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-01241-JGB-SHKx<br><br>Honorable Jesus G. Bernal<br><br>**ORDER ON JOINT STIPULATION TO REMAND ENTIRE ACTION TO STATE COURT**<br><br>Complaint Filed: April 30, 2019<br>Trial Date: None Set |

**ORDER ON JOINT STIPULATION TO REMAND ENTIRE ACTION TO STATE COURT**

Case 5:19-cv-01241-JGB-SHK   Document 28   Filed 09/16/20   Page 2 of 2   Page ID #:521

||                                                                                           |
|--|-------------------------------------------------------------------------------------------|
|1 | **ORDER**                                                                                 |
|2 | The Court, having reviewed the Parties' Joint Stipulation to Remand the                   |
|3 | Entire Action to State Court, orders as follows:                                          |
|4 | 1. The Parties' stipulation is approved.                                                  |
|5 | 2. The above-entitled action is remanded to the San Bernardino County                     |
|6 | Superior Court for purposes of seeking approval of a global settlement.                   |
|7 | **IT IS SO ORDERED.**                                                                     |
|8 |                                                                                           |
|9 | Dated: September 16, 2020                                                                 |
|10|                                                                                           |
|11| Honorable Jesus G. Bernal  Judge of the U.S. District Court                               |

1

**ORDER ON JOINT STIPULATION TO REMAND ENTIRE ACTION TO STATE COURT**